FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2009 JUL 15 AM 10: 46
CLERK
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

MARCUS SCOTT,

    Plaintiff,

v.                                Case No. CV408-191

LIBERTY COUNTY BOARD
OF EDUCATION,

    Defendant.

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

SO ORDERED this 15th day of July, 2009.

WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA